Entered on Docket
October 27, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes the order of the Court.
Signed: October 27, 2020

_____
**Roger L. Efremsky**
**U.S. Bankruptcy Judge**

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
JONATHAN DOOLITTLE (Bar No. 290638)
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone:    415.983.1000
Facsimile:    415.983.1200
Email:        jonathan.doolittle@pillsburylaw.com

**GOLDBERG KOHN LTD.**
DAVID E. MORRISON
david.morrison@goldbergkohn.com
JEREMY M. DOWNS
jeremy.downs@goldbergkohn.com
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Telephone:    312.201.4000
Facsimile:    312.332.2196
Email:        david.morrison@goldbergkohn.com
Email:        jeremy.downs@goldbergkohn.com
Attorneys for Defendants Wells Fargo Bank, National Association

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>FAIRN & SWANSON, INC.,<br><br>   Debtor. | Case No. 20-40990-RLE<br><br>Chapter 7<br><br>Honorable Roger L. Efremsky |
| DIAGEO BRANDS BV, DIAGEO SCOTLAND LIMITED, and DIAGEO NORTH AMERICA, INC.,<br><br>   Plaintiffs,<br><br>v.<br><br>LOIS I. BRADY, as Trustee for the Chapter 7 estate of FAIRN & SWANSON, INC., and WELLS FARGO BANK, NATIONAL ASSOCIATION<br><br>   Defendants. | Adversary Proceeding Case No. 20-04034-RLE<br><br>Chapter 7<br><br>**ORDER GRANTING MOTION FOR JUDGMENT ON THE PLEADINGS, OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT**<br><br>Date:  October 22, 2020<br>Time:  11:00 a.m.<br>Place: By video<br>Judge: The Honorable Roger L. Efremsky |

4841-7388-1296.v2

Upon consideration of the Defendant's Motion for Judgment on the Pleadings, or in the alternative, Summary Judgment filed by Wells Fargo Bank, National Association (Adv. Proc. Docket No. 7) (the "Wells Fargo Motion for Judgment on the Pleadings"), which motion Lois I. Brady, as Chapter 7 Trustee of the above-captioned Fairn & Swanson, Inc. bankruptcy estate joined, and Plaintiff's Opposition and Countermotion filed by Diageo Brands BV, Diageo Scotland Limited, and Diageo North America, Inc. (Adv. Proc. Docket No. 17) ("Diageo's Counter-Motion"), and for good cause shown,

IT IS HEREBY ORDERED that:

1. Wells Fargo's Motion for Judgment on the Pleading is hereby Granted;
2. The Court enters judgment in favor of Defendants Wells Fargo Bank, National Association and Lois I. Brady, as Trustee for the Chapter 7 estate of Fairn & Swanson, Inc., and against Plaintiffs Diageo Brands BV, Diageo Scotland Limited, and Diageo North America, Inc. on the Adversary Complaint;
3. Diageo's Counter-Motion is hereby Denied; and
4. The Court's oral ruling is incorporated by reference as if set forth in full.

APPROVED AS TO FORM:
ROCHELLE MCCULLOUGH, LLP

By:
*/s/ Andrew E. Jillson, pro hac vice*
Andrew E. Jillson
Attorneys for Diageo Brands BV, Diageo North America, Inc., and Diageo Scotland Limited

*** END OF ORDER***

-2-

4841-7388-1296.v2
Case: 20-04034   Doc# 29   Filed: 10/27/20   Entered: 10/27/20 10:55:25   Page 2 of 2